*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § | |
| vs. | | **CRIMINAL DOCKET H-08-500** |
| **PATRICK BIGELOW** | | |

## ORDER ON SECOND AGREED MOTION FOR CONTINUANCE OF TRIAL

CAME ON TO BE CONSIDERED THIS DATE, the defendant's unopposed motion for continuance, and the Court orders the motion:

**GRANTED,**

The Trial is reset to _March 24/2009_, at _1:30_ am/pm.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by granting this continuance at the Defendant's request outweigh the best interest of the public and the defendant in a speedy trial. Defendant may greatly benefit from the continuance in that he is cooperating with the Government and this cooperation may prove to be to Defendant's advantage in negotiating a plea agreement in this case.

~~DENIED~~

SIGNED on _Feb. 12_, 2009.

_____
Honorable Vanessa D. Gilmore
United States District Judge